# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Donald W. Molloy**, United States Senior District Judge for the District of Montana to perform the duties of United States District Judge temporarily for the Western District of Washington for the specific case *Richard Pope v. State of Washington, et al.*, Case No. 11-cv-5970.

December _14_, 2011

Alex Kozinski
Chief Judge

cc: Hon. Donald W. Molloy
    Hon. Richard F. Cebull, Chief Judge, District of Montana
    Hon. Marsha J. Pechman, Chief Judge, Western District of Washington
    Patrick Duffy, Clerk, District of Montana
    William McCool, Clerk, Western District of Washington



11-CV-05970-ORD