UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD L. POPE, JR., ) | No. 3:11-cv-05970-DWM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STATE OF WASHINGTON, WASHINGTON ) | |
| STATE BAR ASSOCIATION, WASHINGTON ) | |
| STATE SUPREME COURT, BARBARA ) | |
| MADSEN, SUSAN J. OWEN, CHARLES W. ) | |
| JOHNSON, GERRY L. ALEXANDER, ) | |
| TOM CHAMBERS, MARY E. FAIRHURST, ) | |
| JAMES M. JOHNSON, DEBRA L. STEPHENS, ) | |
| CHARLIE WIGGINS, DOUGLAS J. ENDE, ) | |
| RANDY V. BEITEL, PAULA C. LITTLEWOOD, ) | |
| JUDY BERRETT, and JOHN/JANE DOE(s), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Richard Pope moves the Court to clarify the deadline for filing dispositive motions. The Court's February 16, 2012 scheduling order (doc. 31) states that motions must be fully briefed by September 10, 2012. As the order plainly states, this means that the supporting brief and opposing brief must be filed no later than September 10, 2012. The optional reply brief may be filed after that date.

The Court's scheduling order is clear, and Pope's failure to read it closely

1

does not excuse any untimely filing. While courts generally give pro se plaintiffs greater latitude than trained lawyers, Pope is a trained lawyer. Indeed, a central tenet of his claims in this lawsuit is that he is competent to practice law.

What is more, Pope claims to have realized his mistaken understanding of the deadlines a week-and-a-half ago. But he waited to file his motion for clarification on the last day for timely filing any motions and supporting briefs. Pope offers no reasonable explanation for why he waited this long to move for clarification.

Pope claims he was not able to timely file any motions and supporting briefs because he was caring for his family and left town for his 50th birthday. Caring for one's family, while a laudable endeavor, is not a unique responsibility. Many other practicing attorneys do the same thing and are able to meet deadlines. Nor is going out of town for a birthday party an excuse for missing a motions deadline. We all have responsibilities in our personal lives, but we must meet deadlines in spite of those obligations.

That being said, the Court will grant a short extension of the motions deadline, which will apply to both parties. The Court has once before extended deadlines for Pope (*see* doc. 46), and the parties should note that additional extensions will not be granted, absent exceptional circumstances.

IT IS ORDERED that Richard Pope's motion for clarification (doc. 53) is GRANTED. The motions deadlines are amended as follows:

- Motions and supporting briefs must be filed no later than August 31, 2012.

- An opposing brief must be filed no later than 18 days after a motion and supporting brief are filed.

- An optional reply brief must be filed no later than 11 days after an opposing brief is filed.

Dated this 24th day of August 2012.

Donald W. Molloy, District Judge
United States District Court